PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Lorna DE JESUS |
| **Docket Number:** | 2:01CR00294-01 |
| **Offender Address:** | Stevenson Ranch, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | March 12, 2003 |
| **Original Offense:** | 18 USC 1347, 2 - Health Care Fraud, Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 48 months Probation; $712,903.00 Restitution; $100 Special Assessment. |
| **Special Conditions:** | Search; Financial disclosure and restrictions; Reside 12 months Community Corrections Center; Pay cost of Community Corrections Center. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | March 12, 2003 |
| **Assistant U.S. Attorney:** | Daniel S. Linhardt   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Victor S. Haltom   **Telephone:** (916) 444-8663 |
| **Other Court Action:** | None |

VIOLATION__RPT NON-COMPLIANCE
& ORDER (PROB12A1).MRG

RE:     Lorna DE JESUS
        Docket Number:   2:01CR00294-01
        <u>REPORT OF OFFENDER NON-COMPLIANCE</u>

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of probation.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     IRREGULAR FINE/RESTITUTIUON PAYMENTS**

**Details of alleged non-compliance:**  The probationer has been supervised by the Central District of California Probation Office.  The probationer has been unable to establish and maintain a payment schedule to ensure full collection of restitution prior to expiration of supervision, and has an outstanding balance of $709,403.00.  Throughout the period of supervision, the probationer's economic circumstances have been monitored for changes that might affect her ability to pay.  When appropriate, the payment schedule has been modified to ensure required payments commensurate with the probationer's financial ability.  Her income has remained stable, and the probationer has complied with complete financial disclosure.  She is also in compliance with all other supervision terms and conditions.  To date, the probationer has paid $4,200 toward her financial obligation.  The supervising probation officer will continue collection efforts until expiration of supervision.

**United States Probation Officer Plan/Justification:**  Based on the continued collection efforts of the United States Attorney's Financial Litigation Unit following this supervision term, it is the probation officer's recommendation the case be allowed to expire as scheduled on March 11, 2007.

                           Respectfully submitted,

                           /s/ Deborah A. Spencer
                        **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

RE:     Lorna DE JESUS
        Docket Number:   2:01CR00294-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

**DATED:**   September 18, 2006
             Elk Grove, California
             DAS/cj

---

**THE COURT ORDERS:**

( x )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date:  September 20, 2006

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:     United States Probation
        Daniel S. Linhardt, Assistant United States Attorney
        Victor S. Haltom, Assistant Federal Defender
        United States Attorney's Office, Financial Litigation Unit (ED/CA)

Attachment:  Presentence Report   (Sacramento only)